# Third District Court of Appeal

## State of Florida

Opinion filed February 26, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0947
Lower Tribunal No. 21-12831-CA-01
_____

**Emma Moncada, et al.,**
Appellants,

vs.

**Best One Insurance, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Barakat + Bossa PLLC, and Brian Barakat, Jocelyne Macelloni and Pavla Vitkova, for appellants.

Annesser Armenteros, PLLC, and John W. Annesser and Megan Conkey Gonzalez, for appellee.

Before LOGUE, C.J., and SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. See Glob. Xtreme, Inc. v. Advanced Aircraft Ctr., Inc., 122 So. 3d 487, 490 (Fla. 3d DCA 2013) ("The standard of review for an award of attorney's fees, whether based on contract or statute, is abuse of discretion."); Elliot v. Pallotti, 654 So. 2d 1300, 1302 (Fla. 5th DCA 1995) ("The determination of attorney's fees is within the sound discretion of the trial court and will not be disturbed on appeal, absent a showing of a clear abuse of that discretion."); Kipu Sys. LLC v. Zencharts LLC, No. 17-24733-CIV, 2021 WL 1891710, at *7 (S.D. Fla. Apr. 6, 2021) ("[T]he party seeking an award of attorney's fees must show (1) the objective speciousness of an opposing party's claim, and (2) the subjective bad faith of the opposing party in bringing or maintaining the action for an improper purpose.") (citation omitted).